UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
**OCT 11 2023**
**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. S1-4:23CR00274 RWS/JSD |
| v. ) | |
| ) | |
| MACE ANTHONY NOSOVITCH, ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 14, 2023, in the County of Saint Louis, within the Eastern District of Missouri,

**MACE ANTHONY NOSOVITCH,**

the Defendant herein, in connection with the attempted acquisition of a firearm, a Sig Sauer make, P320 model, 9mm caliber pistol, bearing serial number 58J496576, from Sentinel Arms D/B/A The Range St. Louis West, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and/or fictitious written statement to Sentinel Arms D/B/A The Range St. Louis West, which statement was intended and likely to deceive Sentinel Arms D/B/A The Range St. Louis West, as to a fact material to the lawfulness of such sale of the said firearm to Defendant under Chapter 44 of Title 18, United States Code, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was not subject to a court order restraining him from harassing, stalking, or threatening his intimate partner, when in fact, as Defendant then knew, he was subject to a court order restraining him from harassing, stalking, or threatening his intimate partner.

In violation of Title 18, United States Code, Section 922(a)(6) and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT TWO

The Grand Jury further charges that:

Beginning at an exact time unknown to the Grand Jury, but including May 26, 2023 through the date of the Indictment, within the Eastern District of Missouri and elsewhere,

**MACE ANTHONY NOSOVITCH,**

the Defendant herein, used and caused others to use facilities of interstate commerce, with the intent that the murder of C.N. be committed in violation of the laws of the State of Missouri, as consideration for the receipt of, and as consideration for a promise and agreement to pay things of pecuniary value, namely money.

In violation of Title 18, United States Code, Section 1958.

A TRUE BILL

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

JENNIFER SZCZUCINSKI, #56906MO
CATHERINE M. HOAG, #67500MO
Assistant United States Attorneys