UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1 4:23CR00274 RWS/JSD |
| | ) | |
| MACE ANTHONY NOSOVITCH, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR CONTINUED DETENTION

The United States of America, by and through its Attorneys, Sayler A. Fleming, United States

Attorney for the Eastern District of Missouri, and Catherine M. Hoag and Jennifer L .Szczucinski,

Assistant United States Attorneys for the District, requests that Defendant continued to be detained

pending trial.

As and for its grounds, the Government states as follows:

1.   Defendant was previously ordered detained in this case. For the reasons set forth in the

United States' initial motion for detention, Defendant should remain detained pending trial.

WHEREFORE, for these reasons and the reasons previously set out on the record in this

case, the United States requests that Defendant remain detained pending trial.


Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Catherine M. Hoag*
CATHERINE M. HOAG, #67500MO
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorney
111 S. 10th Street, Room 20.365
St. Louis, Missouri 63102
(314) 539-2200