UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:23-CR-0274 RWS JSD |
| MACE NOSOVITCH, | ) ) ) |
| Defendant. | ) |

**MOTION TO DISMISS COUNT ONE OF THE INDICTMENT**

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Catherine M. Hoag and Jennifer Szczucinski, Assistant United States Attorneys for said District, and files this motion to dismiss Count One of the Indictment, without prejudice.

WHEREFORE, the Government prays this Court grant said motion and the count one of the above-referenced indictment be dismissed without prejudice.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 */s/ Jennifer L. Szczucinski*
JENNIFER L. SZCZUCINSKI #56906MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ Jennifer L. Szczucinski*
                                            JENNIFER L. SZCZUCINSKI #56906MO
                                            Assistant United States Attorney