UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23 CR 274 RWS-JSD |
| | ) | |
| MACE ANTHONY NOSOVITCH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Motion for Leave for Court Order to the United States Marshals Service (ECF No. 150) is **GRANTED**. The United States Marshals Service is directed to allow Defendant to bring his pocket dictionary to the June 10, 2025 hearing at the undersigned's courtroom.

                                                                                            _____
                                                                                            **JOSEPH S. DUEKER**
                                                                                            **UNITED STATES MAGISTRATE JUDGE**

Dated this 3rd day of June, 2025.

1