UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
          )
    Plaintiff,    )
          )
    vs.    )    Case No. 4:23 CR 274 RWS-JSD
          )
MACE ANTHONY NOSOVITCH,    )
          )
    Defendant.    )

## ORDER

On June 10, 2025, the Court held oral argument on Defendant's Motion to Suppress Evidence (Jail Calls, Jail Texts, Etc.) (ECF No. 67). The parties requested an opportunity to file post-hearing briefs regarding their arguments on Defendant's Motion to Suppress Evidence (Jail Calls, Jail Texts, Etc.) (ECF No. 67), as well as Defendant's Motion to Suppress Evidence (Residence) (ECF No. 63) and Motion to Suppress Evidence (Autos) (ECF No. 65). The motions are deemed partially heard and submitted and will be deemed wholly submitted upon the filing of all post-hearing briefs.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall file his post-hearing brief no later than **July 10, 2025**. The government shall file its response to Defendant's post-hearing brief no later than **August 11, 2025**. Defendant must seek leave before filing a reply.

**IT IS FINALLY ORDERED** that, for the reasons set out in Defendant's Motions to Suppress (ECF No. 63, 65, and 67), the undersigned will consider Defendant's Motions to Suppress at the first opportunity and such additional time allows the Court adequate opportunity

to consider Defendant's Motions to Suppress and the parties' subsequent briefings. Therefore,

taking into account the exercise of due diligence, and finding that the ends of justice are served by

the scheduling of this hearing outweighs the best interests of the public and Defendant in a speedy

trial, the additional time is granted for the parties to file post-hearing briefing and for the Court to

consider Defendant's Motion to Suppress, and this extension until **August 11, 2025** is excluded

from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


Dated this 10th day of June, 2025.


_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**