Case.net: 23SL-PN05283 - DOCKET ENTRIES (Docket Entries) Page 1 of 5

Sort Date Entries: Descending Ascending

Display Options: All Entries

**12/14/2024**

**Auto Renwl Sub Electronically**
Automatic extension submitted Electronically

**01/12/2024**

**JFULL Submitted Electronically**
Full Order was submitted for electronic processing
**Filing:**
FULL ORDER FAXED TO PD

**01/09/2024**

**Judmt Full Order Protection**
PETITIONER AND PETITIONER'S ATTORNEY APPEAR. RESPONDENT AND RESPONDENT'S ATTORNEY APPEAR. FULL ORDER OF PROTECTION GRANTED BY CONSENT OF THE PARTIES. SO ORDERED: COMM. TERRI JOHNSON. ADOPTED AND CONFIRMED AS JUDGMENT BY JUDGE JULIA P. LASATER; Resp not to abuse stalk molest - YES; Resp not to communicate w/Petp - YES; Original Expiration Date - 21-DEC-2024; Renewal Expiration Date - 20-DEC-2025; Original Motion to Object Date - 21-NOV-2024; Resp not to enter or stay - YES; Additional Orders by Court - YES; Terms of additional orders - NOT TO COME WITHIN 500 FEET OF PETITIONER, NOT TO ENTER ONO THE PREMISES OF CHILDREN'S SCHOOL (WHEREVER THIS MAY BE), NOT TO ENTER ONTO THE PREMISES OF PETITIONER'S PLACE OF EMPLOYMENT (WHEREVER IT MAY BE); Petp granted poss/residence - YES; Resp prohibited poss/firearm - YES; Resp not to abuse pet(s) - YES
**Full Order of Protection**
**Consent Judgment**
**Hearing/Trial Cancelled**

   **Associated Entries:** 10/17/2023 - Hearing Continued/Rescheduled
   **Associated Entries:** 10/17/2023 - Adult Abuse Hearing Scheduled    +
   **Scheduled For:** 12/15/2023; 2:00 PM; TERRI J. JOHNSON; St Louis County

**10/26/2023**

**Filing:**
CONTINUANCE FAXED TO PD.

**10/17/2023**

**Sched Hrng Submt Electronicaly**
SCAA Submitted Electronically and associates it to SCAA - Adult Abuse Hearing scheduled
**ExParte Order of Protection**
Resp not to abuse stalk molest - YES; Resp not to enter or stay - YES; Resp not to communicate w/Petp - YES; Additional orders by Court - YES; Terms of additional orders - BE WITHIN 500 FEET; Resp not to abuse pet(s) - YES
**Adult Abuse Hearing Scheduled**
CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: COMM. TERRI J. JOHNSON
   **Associated Entries:** 01/09/2024 - Hearing/Trial Cancelled
   **Scheduled For:** 12/15/2023; 2:00 PM; TERRI J. JOHNSON; St Louis County
**Hearing Continued/Rescheduled**

   **Associated Entries:** 09/08/2023 - Hearing Continued/Rescheduled
   **Associated Entries:** 09/08/2023 - Adult Abuse Hearing Scheduled    +
   **Associated Entries:** 01/09/2024 - Hearing/Trial Cancelled
   **Hearing Continued From:** 10/17/2023; 10:00 AM Adult Abuse Hearing

**09/18/2023**

**Sched Hrng Submt Electronicaly**
SCAA Submitted Electronically and associates it to SCAA - Adult Abuse Hearing scheduled
**Filing:**
CONTINUANCE FAXED TO PD.

**09/08/2023**

**ExParte Order of Protection**
Resp not to abuse stalk molest - YES; Resp not to enter or stay - YES; Resp not to communicate w/Petp - YES; Additional orders by Court - YES; Terms of additional orders - BE WITHIN 500 FEET; Resp not to abuse pet(s) - YES

**Adult Abuse Hearing Scheduled**
CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: COMM. TERRI J. JOHNSON
    **Associated Entries:** 10/17/2023 - Hearing Continued/Rescheduled
    **Scheduled For:** 10/17/2023; 10:00 AM; TERRI J. JOHNSON; St Louis County
**Hearing Continued/Rescheduled**

    **Associated Entries:** 08/21/2023 - Hearing Continued/Rescheduled
    **Associated Entries:** 08/21/2023 - Adult Abuse Hearing Scheduled  +
    **Associated Entries:** 10/17/2023 - Hearing Continued/Rescheduled
    **Hearing Continued From:** 09/08/2023; 11:00 AM Adult Abuse Hearing

**08/25/2023**
    **Filing:**
CONTINUANCE FAXED TO PD

**08/24/2023**
    **Sched Hrng Submt Electronicaly**
SCAA Submitted Electronically and associates it to SCAA - Adult Abuse Hearing scheduled

**08/21/2023**
    **ExParte Order of Protection**
Resp not to abuse stalk molest - YES; Resp not to enter or stay - YES; Resp not to communicate w/Petp - YES; Additional orders by Court - YES; Terms of additional orders - BE WITHIN 500 FEET; Resp not to abuse pet(s) - YES
    **Adult Abuse Hearing Scheduled**
CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: COMM. TERRI J. JOHNSON
      **Associated Entries:** 09/08/2023 - Hearing Continued/Rescheduled
      **Scheduled For:** 09/08/2023; 11:00 AM; TERRI J. JOHNSON; St Louis County
    **Hearing Continued/Rescheduled**

      **Associated Entries:** 07/28/2023 - Hearing Continued/Rescheduled
      **Associated Entries:** 07/28/2023 - Adult Abuse Hearing Scheduled  +
      **Associated Entries:** 09/08/2023 - Hearing Continued/Rescheduled
      **Hearing Continued From:** 08/21/2023; 1:00 PM Adult Abuse Hearing

**08/07/2023**
    **Filing:**
CONTINUANCE FAXED TO PD

**08/03/2023**
    **Sched Hrng Submt Electronicaly**
SCAA Submitted Electronically and associates it to SCAA - Adult Abuse Hearing scheduled

**07/28/2023**
    **ExParte Order of Protection**
Resp not to abuse stalk molest - YES; Resp not to enter or stay - YES; Resp not to communicate w/Petp - YES; Additional orders by Court - YES; Terms of additional orders - BE WITHIN 500 FEET; Resp not to abuse pet(s) - YES
    **Adult Abuse Hearing Scheduled**
CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: COMM. TERRI JOHNSON
      **Associated Entries:** 08/21/2023 - Hearing Continued/Rescheduled
      **Scheduled For:** 08/21/2023; 1:00 PM; TERRI J. JOHNSON; St Louis County
    **Hearing Continued/Rescheduled**

      **Associated Entries:** 06/16/2023 - Hearing Continued/Rescheduled
      **Associated Entries:** 06/16/2023 - Adult Abuse Hearing Scheduled  +
      **Associated Entries:** 08/21/2023 - Hearing Continued/Rescheduled
      **Hearing Continued From:** 07/28/2023; 9:00 AM Adult Abuse Hearing

**06/21/2023**
    **Filing:**
CONTINUANCE FAXED TO PD.
    **Sched Hrng Submt Electronicaly**
SCAA Submitted Electronically and associates it to SCAA - Adult Abuse Hearing scheduled

**06/16/2023**

**ExParte Order of Protection**
Resp not to abuse stalk molest - YES; Resp not to enter or stay - YES; Resp not to communicate w/Petp - YES; Additional orders by Court - YES; Terms of additional orders - BE WITHIN 500 FEET; Resp not to abuse pet(s) - YES
**Adult Abuse Hearing Scheduled**
CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: COMM. TERRI J. JOHNSON
 **Associated Entries:** 07/28/2023 - Hearing Continued/Rescheduled
 **Scheduled For:** 07/28/2023; 9:00 AM; TERRI J. JOHNSON; St Louis County
**Hearing Continued/Rescheduled**

 **Associated Entries:** 05/25/2023 - Hearing Continued/Rescheduled
 **Associated Entries:** 05/25/2023 - Adult Abuse Hearing Scheduled +
 **Associated Entries:** 07/28/2023 - Hearing Continued/Rescheduled
 **Hearing Continued From:** 06/16/2023; 9:00 AM Adult Abuse Hearing

**06/01/2023**
 **Certif Copies/Leg File Prepard**
 Certified Copy Mailed to Town & Country Police Department.

**05/25/2023**
 **Sched Hrng Submt Electronicaly**
 SCAA Submitted Electronically and associates it to SCAA - Adult Abuse Hearing scheduled
 **ExParte Order of Protection**
 Resp not to abuse stalk molest - YES; Resp not to enter or stay - YES; Resp not to communicate w/Petp - YES; Additional orders by Court - YES; Terms of additional orders - BE WITHIN 500 FEET; Resp not to abuse pet(s) - YES
 **Adult Abuse Hearing Scheduled**
 CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: COMM. TERRI JOHNSON
  **Associated Entries:** 06/16/2023 - Hearing Continued/Rescheduled
  **Scheduled For:** 06/16/2023; 9:00 AM; TERRI J. JOHNSON; St Louis County
 **Hearing Continued/Rescheduled**

  **Associated Entries:** 04/06/2023 - Hearing Continued/Rescheduled
  **Associated Entries:** 04/06/2023 - Adult Abuse Hearing Scheduled +
  **Associated Entries:** 06/16/2023 - Hearing Continued/Rescheduled
  **Hearing Continued From:** 05/25/2023; 1:30 PM Adult Abuse Hearing
 **Filing:**
 CONTINUANCE FAXED TO PD

**04/07/2023**
 **Filing:**
 CONTINUANCE FAXED TO PD

**04/06/2023**
 **Sched Hrng Submt Electronicaly**
 SCAA Submitted Electronically and associates it to SCAA - Adult Abuse Hearing scheduled
 **ExParte Order of Protection**
 Resp not to abuse stalk molest - YES; Resp not to enter or stay - YES; Resp not to communicate w/Petp - YES; Additional orders by Court - YES; Terms of additional orders - BE WITHIN 500 FEET; Resp not to abuse pet(s) - YES
 **Adult Abuse Hearing Scheduled**
 CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: COMM. TERRI J. JOHNSON
  **Associated Entries:** 05/25/2023 - Hearing Continued/Rescheduled
  **Scheduled For:** 05/25/2023; 1:30 PM; TERRI J. JOHNSON; St Louis County
 **Hearing Continued/Rescheduled**

  **Associated Entries:** 03/02/2023 - Hearing Continued/Rescheduled
  **Associated Entries:** 03/02/2023 - Adult Abuse Hearing Scheduled +
  **Associated Entries:** 05/25/2023 - Hearing Continued/Rescheduled
  **Hearing Continued From:** 04/06/2023; 1:30 PM Adult Abuse Hearing

**03/28/2023**
 **Entry of Appearance Filed**
 Entry of Appearance as Co-Counsel; Electronic Filing Certificate of Service.
  **Filed By:** JUSTIN WINN
  **On Behalf Of:** MACE A NOSOVITCH

**03/03/2023**
    **Filing:**
    CONTINUANCE FAXED TO PD.

**03/02/2023**
    **Entry of Appearance Filed**
    **ExParte Order of Protection**
    Resp not to abuse stalk molest - YES; Resp not to enter or stay - YES; Resp not to communicate w/Petp - YES; Additional orders by Court - YES; Terms of additional orders - BE WITHIN 500 FEET; Resp not to abuse pet(s) - YES;
    **Adult Abuse Hearing Scheduled**
    CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED COMM. TERRI J JOHNSON
        Associated Entries: 04/06/2023 - Hearing Continued/Rescheduled
        Scheduled For: 04/06/2023; 1:30 PM; TERRI J. JOHNSON; St Louis County
    **Hearing Continued/Rescheduled**

        Associated Entries: 02/16/2023 - Hearing Continued/Rescheduled
        Associated Entries: 02/16/2023 - Adult Abuse Hearing Scheduled    +
        Associated Entries: 04/06/2023 - Hearing Continued/Rescheduled
        Hearing Continued From: 03/02/2023; 1:30 PM Adult Abuse Hearing

**02/23/2023**
    **OEXPA Submitted Electronically**
    Ex Parte Order modifications was submitted for electronic processing
    **Sched Hrng Submt Electronicaly**
    SCAA Submitted Electronically and associates it to SCAA - Adult Abuse Hearing scheduled

**02/17/2023**
    **Filing:**
    COPY OF CONTINUANCE FAXED TO PD

**02/16/2023**
    **ExParte Order of Protection**
    Terms of additional orders - BE WITHIN 500 FEET; Additional orders by Court - YES; Resp not to communicate w/Petp - YES; Resp not to enter or stay - YES; Resp not to abuse stalk molest - YES; Resp not to abuse pet(s) - YES
    **Adult Abuse Hearing Scheduled**
    CASE CONTINUED. EX PARTE ORDER OF PROTECTION PREVIOUSLY ISSUED TO REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: COMM. TERRI JOHNSON
        Associated Entries: 03/02/2023 - Hearing Continued/Rescheduled
        Scheduled For: 03/02/2023; 1:30 PM; TERRI J. JOHNSON; St Louis County
    **Hearing Continued/Rescheduled**

        Associated Entries: 02/01/2023 - Adult Abuse Hearing Scheduled
        Associated Entries: 03/02/2023 - Hearing Continued/Rescheduled
        Hearing Continued From: 02/16/2023; 1:30 PM Adult Abuse Hearing

**02/09/2023**
    **Entry of Appearance Filed**
    Entry of Appearance.
        **Filed By:** HENRY M. MILLER
        **On Behalf Of:** MACE A NOSOVITCH

**02/02/2023**
    **Ord of Protection Served**
    Document ID - 23-AEOP-630; Served To - NOSOVITCH, MACE A; Server - [Not Provided]; Served Date - 01-Feb-2023; Served Time - 19:17:00; Service Type - EE; Reason Description - Served

**02/01/2023**
    **Filing:**
    EX PARTE HAND CARRIED BY PETITIONER
    **OEXPA Submitted Electronically**
    Ex Parte Order was submitted for electronic processing
    **Judge/Clerk - Note**
    EX PARTE SENT TO CHESTERFIELD SHERIFF DEPARTMENT FOR SERVICE
    **ExParte Order of Protection**
    Terms of additional orders - BE WITHIN 500 FEET; Additional orders by Court - YES; Resp not to communicate w/Petp - YES; Resp not to enter or stay - YES; Resp not to abuse stalk molest - YES; Resp not to abuse pet(s) - YES

**Filing:**
EX PARTE FAXED TO 27.
**Ex Parte Order Issued**
Document ID: 23-AEOP-630, for NOSOVITCH, MACE A.
**Adult Abuse Hearing Scheduled**

  **Associated Entries: 02/16/2023 - Hearing Continued/Rescheduled**
  **Scheduled For:** 02/16/2023; 1:30 PM; TERRI J. JOHNSON; St Louis County
**Confid Filing Info Sheet Filed**
**Pet for Protection Ord Filed**
PET Relationship to RES - SPOUSE; LE ORI Entering Agency - Chesterfield PD MO0959A00
**Judge Assigned**
JOHNSON DIV 64 FC 13.THE FAMILY COURT JUDGE OR COMMISSIONER TO WHICH THIS EX PARTE ORDER WAS ASSIGNED IS UNAVAILABLE. THERE IS AN IMMEDIATE NEED FOR THIS MATTER TO BE CONSIDERED AND RULED UPON. THEREFORE, THIS EX PARTE ORDER SHALL BE ASSIGNED TO DIV __33____ FOR HEARING AND DETERMINATION.SO ORDERED: JUDGE JASON D. DODSON