UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

IN RE:                                      )
                                            )
BUSINESS OF THE COURT      )        ASSIGNMENT OF CASES
                                            )
                                            )
                                            )

## ADMINISTRATIVE ORDER

**IT IS HEREBY ORDERED** that the following cases shall be transferred to District Judge Joshua M. Divine.  All deadlines previously set remain in effect unless otherwise ordered by the Court.

| Case Number | Case Name |
|---|---|
| 4:22CR00555 MTS/JSD-1 | USA v. Roosevelt Easley |
| 4:23CR00153 AGF/SPM-1 | USA v. Bryant Pirtle |
| 4:23CR00153 AGF/SPM-2 | USA v. Christopher Hall |
| 4:23CR00274 RWS/JSD-1 | USA v. Mace Anthony Nosovitch |
| 4:23CR00318 SEP/PLC-1 | USA v. Corbin Burton |
| 4:23CR00573 RWS-1 | USA v. Donovan Ware |
| 4:23CR00585 MTS/SPM-1 | USA v. Anthony King |
| 4:24CR00058 AGF/JSD-1 | USA v. Brandon Shaw |
| 4:24CR00129 MTS/JSD-1 | USA v. Clarence Allen Holmes |
| 4:24CR00249 AGF/RHH-1 | USA v. Alexander Gardiner |
| 4:24CR00444 MTS/PLC-1 | USA v. Michael Anthony Lynch |
| 4:24CR00465 SEP/SPM-1 | USA v. Paris D. McPeters |
| 4:24CR00515 SEP/JSD-1 | USA v. Isaiah W. Douglas |
| 4:24CR00515 SEP/JSD-2 | USA v. Luis A. Franco-Gonzalez |
| 4:24CR00515 SEP-3 | USA v. Isaiah B. Handford |
| 4:24CR00549 JAR-1 | USA v. Miranda Burgess |
| 4:24CR00579 SEP/JMB-1 | USA v. Kirk Hall |
| 4:24CR00595 RWS/SPM-1 | USA v. Tylan M. Bonner |
| 4:24CR00611 JAR/JMB-1 | USA v. Matthew Goeke |
| 4:25CR00055 SEP-1 | USA v. Ronell Williams |
| 4:25CR00082 SEP/NCC-1 | USA v. Terance Govender |
| 4:25CR00103 SEP/RHH-1 | USA v. Anthony A. Moore |
| 4:25CR00107 SRC/JMB-1 | USA v. Darren A. Sims, Jr. |
| 4:25CR00113 HEA/PLC-1 | USA v. Rosibel Castellanos-Lopez |
| 4:25CR00118 SRC/NCC-1 | USA v. Anthony Hale |
| 4:25CR00139 SEP/NCC-1 | USA v. Cornell Woolfolk |
| 4:25CR00147 HEA/RHH-1 | USA v. Antoine Maurice Gant |
| 4:25CR00152 RWS/JMB-1 | USA v. Anthony Thomas |
| 4:25CR00156 SEP/JSD-1 | USA v. Emmanuel B. Anderson |
| 4:25CR00176 HEA/SRW-1 | USA v. Kurth Brown |
| 4:25CR00192 SRC/PLC-1 | USA v. Mohamed Gharib |
| 4:25CR00204 HEA/JSD-1 | USA v. Xavier Reese |
| 4:25CR00207 MTS/RHH-1 | USA v. Dana Lynn Willey |
| 4:25CR00231 AGF/JSD-1 | USA v. Demarkco Goodin |
| 4:25CR00231 AGF/JSD-2 | USA v. Anthony Yarbrough |

| | |
|---|---|
| 4:25CR00244 MTS/SPM-1 | USA v. Alexis Enrique Angulo-Ambiado |
| 4:25CR00246 SEP/PLC-1 | USA v. Nevaeh Bonds |
| 4:25CR00251 SRC/RHH-1 | USA v. Dyjuan Clarence Morrow |
| 4:25CR00252 RWS/PLC-1 | USA v. Alberto Santander-Santander |
| 4:25CR00252 RWS/PLC-2 | USA v. Franco Joifri Angulo-Abarca |
| 4:25CR00258 MTS/RHH-1 | USA v. Latasha L. Frison |
| 4:25CR00302 AGF/RHH-1 | USA v. Sean Paul, II |
| 4:25CR00310 SEP/PLC-1 | USA v. Darrion Lamont Evans |
| 4:25CR00313 SEP/SPM-1 | USA v. Jean Carlos Morales-Diaz |
| 4:25CR00317 SRC/SRW-1 | USA v. Terrance Smith |
| 4:25CR00321 HEA/RHH-1 | USA v. Jairell Allmon |
| 4:25CR00329 SEP/RHH-1 | USA v. Jerry McCauley |
| 4:25CR00346 SRC/NCC-1 | USA v. James L. Townes, Jr. |
| 4:25CR00347 HEA/RHH-1 | USA v. Davion White |

<u>August 6, 2025</u>   NATHAN M. GRAVES
Date   CLERK OF COURT

By: <u>/s/ Katie Spurgeon</u>
     Operations Manager