UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23 CR 274 JMD-JSD |
| ) | |
| MACE ANTHONY NOSOVITCH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that United States' Motion for Extension of Time to Respond to Defendant's Post-Hearing Memorandum in Support of Motion to Suppress Evidence (Jail Calls, Etc.) (ECF No. 156) is **GRANTED**. The United States shall file its post-hearing memorandum no later than September 2, 2025

**IT IS FINALLY ORDERED**, for the reasons set out in United States's motion, the undersigned is granting the extension of time to allow sufficient time to respond to the Defendant's arguments. This additional time allows the United States to file an appropriate memorandum and the Court adequate opportunity to consider Defendant's Motions. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by the allowing the United States's extension of time outweigh the best interest of the public and Defendant in a speedy trial, the additional time is granted to the Court to consider Defendant's Motions and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 11th day of August, 2025.