UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 4:23-cr-274-JMD |
| | ) |
| MACE NOSOVITCH, | ) |
| | ) |
| Defendant. | ) |

**MANDATORY CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**

I, the undersigned attorney, certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Respectfully submitted,

By:   */s/ ADAM FEIN*

Adam Fein
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, MO  63105
(314) 862-4332
afein@rsfjlaw.com

1

## CERTIFICATE OF SERVICE

      I certify that on October 6, 2025, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Catherine Hoag and Ms. Jennifer Szczucinski, assistant United States attorneys.