UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 4:23-cr-274-JMD |
| | ) |
| MACE NOSOVITCH, | ) |
| | ) |
| Defendant. | ) |

**FIRST UNOPPOSED MOTION TO EXTEND THE TIME TO FILE DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**

Defendant Mace Nosovitch, by and through counsel, moves this Court to extend the time to file his objections to the Report & Recommendation of the magistrate judge to November 3. In support of this motion, Defendant states as follows:

1. On October 3, the magistrate judge issued his Report & Recommendation on Defendant's pretrial motions.

2. Under Federal Rule of Criminal Procedure 59(a), Defendant's objections to the Report & Recommendation are due by October 17.

3. The magistrate's Report & Recommendation is 32 pages long and addresses three separate motions, some with subsidiary issues.

4. It will take time to digest the Report & Recommendation, consider the available objections, and settle on those to file.

5. At the same time and in addition to other case-related obligations, counsel is preparing pretrial motions in *United States v. Venkatesh Sattaru*, 4:24-cr-169-JAR-JSD-1, (E.D. MO 2024), and *United States v. Brandon Leon*, 4:24-cr-40037-SMY-1 (S.D. IL 2024), as well as completing a sentencing memorandum in *United States v. Charles Evans*, 3:23-cr-30025-SPM-7 (S.D. IL 2023), due on

October 22, October 28, and October 30, respectively.

6. Counsel has discussed this matter with assistant United States attorney Catherine Hoag.

7. Ms. Hoag does not oppose Defendant's request.

For the above-stated reasons, Defendant respectfully requests this Court extend the time to file his objections to the magistrate judge's Report & Recommendation to November 3.

.

                              Respectfully submitted,

                By:    */s/ ADAM FEIN*

                              Adam Fein
                              Attorney for Defendant
                              120 S. Central Avenue, #130
                              Clayton, MO  63105
                              (314) 862-4332
                              afein@rsfjlaw.com

## CERTIFICATE OF SERVICE

      I certify that on October 6, 2024, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Catherine Hoag and Ms. Jennifer Szczucinksi, assistant United States attorneys.