UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 4:23-cr-274-JMD |
| | ) | |
| MACE NOSOVITCH, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXPERT WITNESS NOTICE UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 16(b)(1)(C)**

Defendant Mace Nosovitch, by and through counsel, files the attached documents in compliance with the expert witness disclosure rules under Federal Rule of Criminal Procedure 16(b)(1)(C).

1. The Rule 16 statement of Robert Denney, Psy.D., ABPP.

2. A list of the prior cases in which Dr. Denney has testified by deposition or at trial.

3. Dr Denney's curriculum vitae with a list of his prior publications.

4. Dr. Denney's report, dated August 31, 2024, which has been previously disclosed to the government and the Federal Bureau of Prisons.

Respectfully submitted,

By:  */s/ ADAM FEIN*

Adam Fein
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, MO  63105
(314) 862-4332
afein@rsfjlaw.com

**CERTIFICATE OF SERVICE**

      I certify that on November 3, 2025, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Catherine Hoag and Ms. Jennifer Szczucinski, assistant United States attorneys.