# Robert L. Denney, Psy.D., LLC
Board Certified in Clinical Neuropsychology, ABPP
Board Certified in Forensic Psychology, ABPP

**Expert Notice**

U.S. v. Mace Nosovitch     S1-4:23CR00274 RWS/JSD

October 30, 2025

I am a board-certified clinical neuropsychologist. My professional time is split between working in a neurology and memory clinic and providing forensic consultation across the United States. I spent 21 years at the U.S. Medical Center for Federal Prisoners, where I was the only neuropsychologist on staff. In that role, I examined and cared for a wide range of neurological conditions. I was a voting member of the medical staff with privileges for neuropsychological assessment, neuroimaging (CT and MRI of the brain), radiology (head X-ray), electroencephalography (EEG), and laboratory tests (such as kidney function labs relevant to radiology contrast). I also taught neuroanatomy and neuropathology at the Forest Institute, a doctoral program in clinical psychology, for over 16 years. I have published research in the scientific community on applying clinical neuropsychology to criminal forensic cases. Additionally, I have testified over 150 times as an expert in neuropsychology and forensic psychology.

**Opinions, Basis, and Reasons:**

I examined Mace Nosovitch at the request of counsel. I also prepared a report on Mr. Nosovitch, which I include with and attach to this notice. My previous report focused on Mr. Nosovitch's videotaped statement and alleged *Miranda* waiver. As I understand it, the government will not use his statement or alleged waiver at trial, since the trial will only concern count two. However, my prior report provides relevant information for this notice.

I formed the opinions in my previous report and those below based on my interview and testing of Mr. Nosovitch. I also based them on the materials I have reviewed, which are listed below and in my previous report.

Due to a cerebral ischemic stroke, Dr. Nosovitch has damage in brain areas that affect receptive and expressive speech. As a result, his ability to understand and communicate language is greatly impaired.

The neuroanatomy of the brain's language centers is such that damage causing dysfunction to areas involving auditory comprehension and verbal expression disrupts written expression (largely) but also written comprehension to some degree.

Springfield, Missouri – RobertDenneyPsyD@gmail.com

Expert Notice – Robert L. Denney, Psy.D., ABPP  Page **2** of **3**
Mace Nosovitch S1-4:23CR00274 RWS/JSD
October 30, 2025

Additionally, the brain's language center that assigns meaning to words (heard or read) often inserts incorrect words into the communication stream. This leads to inappropriate word substitutions and can add to confusion for both the reader and the brain-damaged patient. Together, these deficits create significant potential for miscommunication and confusion in oral and written expression for and with individuals who have brain damage affecting receptive and expressive speech.

## Sources of Information:

1. Pulaski County Jail chirps, May 2023 through October 2023
2. GOV - 782
3. GOV - 778
4. GOV - 789
5. GOV - 791
6. GOV - 792
7. GOV - 793
8. GOV - 794
9. GOV - 798
10. FD-302, dated 10/09/23, by Kassandra L. McKenzie drafted on 10/10/2023
11. Mace Nosovitch's medical records
12. Mr. Nosovitch's interrogation video, dated 5/25/2023
13. Nicole Werner, Ph.D., ABPP, neuropsychological examination reports (and test data), dated
14. 2/22/2023 and 4/02/24.
15. Washington University Vascular & Endovascular Neurology Outpatient Encounter
16. (Progress Note), Brendan Thomas Eby, M.D., dated 4/10/2023.
17. Washington University Occupational Therapy Comprehensive Rehabilitation
18. Driving Evaluation, Gabrielle A. Blenden, MSOT, OTR/L, dated 4/26/2023.
19. Bureau of Prisons Forensic Evaluation: Insanity at the Time of the Offenses, dated 2/25/2025
20. Bureau of Prisons Forensic Evaluation: Competency to Stand Trial, dated 2/25/2025
21. Bureau of Prisons Neuropsychological Evaluation, dated 3/04/2025
22. Bureau of Prisons In-Depth Analysis of Nosovitch Speech Therapy Evaluation and Treatment, filed on 3/11/2025
23. Five and a half hours of testing of Dr. Nosovitch
24. One-hour interview of Dr. Nosovitch
25. My attached and previously provided report, dated 8/31/2024

## Publications:

My attached résumé lists my publications from the past 10 years.

Case: 4:23-cr-00274-JMD   Doc. #: 167-1   Filed: 11/03/25   Page: 3 of 3 PageID #: 764

Expert Notice – Robert L. Denney, Psy.D., ABPP                    Page **3** of **3**
Mace Nosovitch S1-4:23CR00274 RWS/JSD
October 30, 2025

**Prior Testimony:**

I have attached a list of the cases in which I have testified over the past four years and beyond, whether by deposition or at trial.

_____
Robert L. Denney, Psy. D., ABPP