## Testimony/Deposition Record of Robert L. Denney, Psy.D., ABPP

There were earlier cases for which I do not have records.

| Date | Case & Number | Jurisdiction | Nature |
|---|---|---|---|
| Sept 9, 2004 | U.S. v. Pena, Anderson | U.S. District Court, Southern District of New York | Competency Hearing |
| Oct 5, 2004 | U.S. v. Pena, Anderson | U.S. District Court, Southern District of New York | Competency Hearing |
| Aug 19, 2005 | U.S. v. Oregana, Alquin | U.S. District Court, Northern District of California | Competency Hearing |
| Aug 25, 2005 | U.S. v. Oregana, Alquin | U.S. District Court, Northern District of California | Competency Hearing |
| Nov 5, 2005 | U.S. v. Orlansky, Eduardo | U.S. District Court, Southern District of Florida | Competency Hearing |
| Feb 27/28, 2006 | U.S. v. Orlansky, Eduardo | U.S. District Court, Southern District of Florida | Competency Hearing |
| March 27, 2007 | U.S. v. King, Kevin | U.S. District Court, Middle District of Alabama | |
| August 12, 2008 | U.S. v. Dewhart, Willie | U.S. District Court, Middle District of Alabama | Competency Hearing |
| June 18, 2009 | U.S. v. Dewhart, Willie | U.S. District Court, Middle District of Alabama | |
| Nov 5, 2007 | U.S. v Stipe, Gene | U.S. District Court, Eastern District of Oklahoma | Competency Hearing |
| Jan 8, 2008 | U.S. v. DeMarce | U.S. District Court for the District of North Dakota | Jury Trial; testimony about alcohol blackout |
| Oct 28, 2008 | U.S. v Stipe, Gene | U.S. District Court, Eastern District of Oklahoma | Competency Hearing |
| Aug 6, 2008 | U.S. v Ross, Curtis | U.S. District Court, Middle District of Alabama | |

Denney Testimony, Page **2** of **5**

| Date | Case & Number | Jurisdiction | Nature |
|---|---|---|---|
| Dec 1, 2009 | U.S. v. Kasim, Jihad | U.S. District Court, Northern District of Indiana | Competency Hearing |
| March 16, 2010 | U.S. v. Kabinto | U.S. District Court, District of Arizona | Competency Hearing |
| June 11, 2010 | Munoz v. Hawley & R.L. Carriers | U.S. District Court, W. D. MO | Personal Injury Deposition |
| June 21, 2010 | U.S. v. Knox | U.S. District Court, Southern District of Alabama | Competency Hearing |
| July 21, 2010 | U.S. v. Kasim, Jihad | U.S. District Court, Northern District of Indiana | Detention Hearing |
| Sept 3, 2010 | Munoz v. Hawley & RL Carriers | U.S. District Court, Western District of MO | Personal Injury Trial |
| Sept 23, 2010 | U.S. v. Brown, Leonard Case No. 2:08-424 | US District Court, District of South Carolina | Competency Hearing |
| June 1, 2011 | U.S. v Reehahlio Carroll Case No. 09-3458WJ | US District Court, District of New Mexico; | Competency Hearing |
| Nov 4, 2011 | Bright v. Ohio National Life CIV-11-475GKFPJC: USDC | US District Court, N. OK | Deposition |
| Dec 13, 2011 | U.S. v Mason, Markiece D. Case No. 3:10-cr-00318HEH | US Dist. Court, E. Dist. of VA. | Comp. Hrg |
| March 1, 2012 | U.S. v Preston Nolan | US Dist. Court, Central Dist. CA; Nature of ED CR 10-25-VAP | Jury Trial; Victim's (Leland Banks) brain injury |
| March 13, 2012 | Mary Kay Smith v. St. Vincent Infirmary Medical Ctr., et al. Case No. 60 CV-2010-6274 | Circuit Court Pulaski County, AR | Deposition |
| July 12, 2012 | U.S. v Leonardo Melendez 20-962-01-PHX DGC | US Dist. Court of Arizona | Competency hearing |
| Oct 17-18, 2012 | U.S. v Steven Northington | U.S. Dist. Court, E. PA | *Atkins* hearing |
| Nov 30-Dec 4, 2012 | U.S. v Ronald Wilson 04-CR-1016 (NGG) | U.S. Dist. NY, E.D. | *Atkins* hearing |

| Date | Case & Number | Jurisdiction | Nature |
|---|---|---|---|
| Oct 17-18, 2013 | U.S. v Trevor Garrett | US District Court, Idaho | Trial |
| Dec 17-19, 2013 | U.S. v Naeem Williams Criminal No. 06-00079JMS | U.S. Dist. Court Hawaii | *Atkins* hearing |
| May 20-21, 2014 | U.S. v Naeem Williams Criminal No. 06-00079JMS | U.S. Dist. Court. Hawaii | Jury Trial |
| Oct 17, 2014 | Stavely v Crosby et al. Case No. 1131-CV09334 | Greene County Circuit Court, MO | Deposition |
| May 16-17, 2016 | U.S. v Markelle Seth Case No. 14 MJ 608 GMH | U.S. District Court, Washington, DC | Competency Hearing |
| Sept 29, 2016 | Stobbe v. Young Case No. 1531-CC00035 | Greene County Cir. Court, MO | Deposition |
| March 15 & 17, 2017 | U.S. v Ulysses Jones Case No. 10-03090-01-CR-S-DGK | U.S. District Court, KC MO | *Atkins* Hearing: |
| May 18, 2017 | State v Godejohn Case No. 1531-CR03590-1 | Greene County Cir. Court, MO | Deposition |
| June 22-23, 2017 | U.S. v Farad Roland Case No. 2:12-cr-00298-ES | US District Court, Newark, NJ | *Atkins* Hearing |
| Oct13, 2017 | U.S. v Ulysses Jones Case No. 10-03090-01-CR-S-DGK | U.S. District Court, Springfield, MO | Jury Trial |
| Nov 15, 2018 | State v Godejohn Case No. 1531-CR03590-1 | Greene County Cir. Court, MO | Jury Trial |
| March 13, 2019 | Webster v Lockett 2:12-cv-86-WTL-MJD | U.S. Dist. Court, Indianapolis, IN | Deposition |
| April 3, 2019 | Webster v Lockett 2:12-cv-86-WTL-MJD | U.S. Dist. Court, Indianapolis, IN | *Atkins* Hearing |
| Nov 25, 2019 | U.S. v Kenneth Chun 2:17-cr-20451 | U.S. Dist. Court, Detroit, MI | Competency Hearing |
| Nov. 15-16, 2021 | U.S. v Robert Brockman 4:21-CR-00009-1 (GCH) | US Dist. Court, Houston, TX | Competency Hearing |
| April 18 & May 19, 2022 | FL v Nikolas Cruz Case No. 18-1958CF10A | 17th Judicial Circuit Court, Broward County | Deposition |

| Date | Case & Number | Jurisdiction | Nature |
|---|---|---|---|
| April 1, 4, 25, 26, 2022 | US v Carlo Wilson Case No.: 16-CR-20460 | US Dist. Court, Detroit, MI | Competency Hearing |
| Sept 14, 15, Nov 16, Dec 21, 2022; Jan 4, 2023 | US v Hillman Jordan Case No.: 2019 CF1 2957 | Superior Court, District of Columbia | Competency Hearing |
| Oct 3, 4, & 6, 2022 | FL v Nikolas Cruz Case No. 18-1958CF10A | 17th Judicial Circuit Court, Broward County | Penalty Phase Jury Trial |
| Dec 16, 2022 | MO v Shane Chesher | Henry County Missouri | Jury Trial |
| Oct 18, 2023 | FL v Erise Tisdale Case No. 5613CF608A | 19th Judicial Circuit, FL | Status Hearing (nature of neuropsychological assessment) |
| Nov 8 & 9, 2023 | US v Adrian Talbot 2:21-cr-00111-JTM-DPC | US Dist. Court, E. Dist. LA | Competency Hearing |
| Nov. 17, 2023 | US v Rush, Jermel 4:19CR132 AGF/NAB | US Dist. Court E. Dist. MO | Competency Hearing |
| May 24, 2024 | AZ v LaCount CR 2016-132194-002 | Superior Court of AZ, Maricopa County | Deposition |
| June 26, 2024 | FL v Erise Tisdale Case No. 5613CF608A | 19th Judicial Court, FL | Deposition |
| Sept 13, 2024 | FL v Erise Tisdale Case No. 5613CF608A | 19th Judicial Court, FL | Jury Trial |
| Oct 10, 2024 | Jaramillo v Adventure Lands et al. Case # LACL153325 | District Court of Iowa, Polk County | Deposition |
| Oct 28, 2024 | US v Robert G. Soucy, Jr. Case No. 1:23-cr-81-SM-AJ-01 | US District Court, NH | Competency Hearing |
| Feb 18, 2025 | FL v Semmie Williams Case #: 2021CF009692AMB | 15th Judicial Court, FL | Deposition |
| Sept. 9, 2025 | FL v Grafe, Case #: F23-3512 | 11th Judicial Court, FL | Deposition |

Denney Testimony, Page **5** of **5**

| Date | Case & Number | Jurisdiction | Nature |
|---|---|---|---|
| Oct. 21, 2025 | FL v Grafe, Case #: F23-3512 | 11th Judicial Court, FL | Competency Hearing |