Robert L. Denney, Psy.D., LLC

Board Certified in Clinical Neuropsychology, ABPP

Board Certified in Forensic Psychology, ABPP

# Forensic Neuropsychological Report

| | |
|---|---|
| Name: | Mace Nosovitch, M.D. |
| Date of Birth: | June 19, 1975 |
| Date of Examination: | July 18, 2024 |
| Date of Report: | August 31, 2024 |

**INTRODUCTION/REASON FOR REFERRAL**

Mace Nosovitch, M.D. is a 49-year-old Caucasian, right-handed physician. Dr. Nosovitch experienced a left carotid artery dissection, which resulted in left internal carotid and middle cerebral artery occlusion on 11/19/2022. He underwent emergency endovascular thrombectomy with angioplasty and stenting of the left internal carotid artery. This event resulted in profound language deficits and right upper extremity weakness. He was discharged from acute care on 12/16/2022.

Dr. Nosovitch has been indicted in the United States District Court for the Eastern District of Missouri, Eastern Division, with knowingly making a false and/or fictitious written statement on 5/14/2023 by indicating on the Bureau of ATFE Form 4473 that he was not subject to a court order restraining him from harassing, stalking, or threatening his intimate partner, when he knew he was subject to a court order restraining him from harassing, stalking, or threatening his intimate partner. He was also charged with having used and caused others to use facilities of interstate commerce on 5/26/2023 with intent that the murder of C.N. be committed in violation of the laws of the State of Missouri (and USC 18, section 1958) based on the promise of financial payment.

Adam Fein, Esq., requested that I perform a forensic neuropsychological evaluation of his client, Dr. Nosovitch, and provide opinions regarding his current cognitive and language functioning and address his cognitive ability to have provided an informed *Miranda* waiver on 5/25/2023.

I explained to Dr. Nosovitch the nature and purpose of my evaluation. I told him that his counsel hired me to perform this evaluation. I informed him that the results of this evaluation would not be confidential as I would forward my report to his counsel. Further, it could potentially go the U.S. District Court and the prosecuting attorney.

Springfield, Missouri – RobertDenneyPsyD@gmail.com

Neuropsychological Report                     Page **2** of **16**
NOSOVITCH, Mace
August 31, 2024

Additionally, I would potentially need to testify regarding my findings in upcoming court proceedings. I instructed him to perform his best on these tests because I would not be able to understand his genuine cognitive strengths or limitations if he did not put forth appropriate effort.

It was difficult to communicate, but through repeated approximations, he was able to respond in a manner that suggested he understood the purpose of my examination and the limits of confidentiality. After a significant amount of verbal and non-verbal interactions, it became clear that Dr. Nosovitch understood I was asked to examine him by Adam Fein, and that I would need to communicate my findings to Mr. Fein, and potentially author a report to, and testify before, the presiding Court.

## INFORMATION SOURCES

Dr. Nosovitch was administered these neuropsychological tests:

1. Reynolds Intellectual Assessment Scale-2 (RIAS-2) (portions)
    a. Guess What
    b. Odd-Item Out
    c. What's Missing
2. Wechsler Memory Scales-IV (WMS-IV), Spatial Span subtest
3. Wechsler Adult Intelligence Scales-IV (WAIS-IV) (portions)
    a. Symbol Search
    b. Block Design
    c. Matrix Reasoning
    d. Visual Puzzles
    e. Cancellation
4. Test of Memory Malingering (TOMM), Trial 1
5. Neuropsychological Assessment Battery (NAB)
    a. Language Module
    b. Shape Learning & Retention subtests of the Memory Module
6. Trail Making Tests, Parts A & B
7. Controlled Oral Word Association Test-FAS
8. Semantic Naming Test-Animals
9. Rey Complex Figure Test (RCFT)
10. Woodcock-Johnson Tests of Achievement-IV (WJ-IV)
    a. Letter-Word Identification
    b. Spelling
    c. Passage Comprehension
    d. Writing Samples
    e. Sentence Reading Fluency
    f. Sentence Writing Fluency

Case: 4:23-cr-00274-JMD    Doc. #:  167-4    Filed: 11/03/25    Page: 3 of 16 PageID #: 798

11. Woodcock-Johnson Tests of Achievement-III
    a.  Oral Comprehension, attempted
12. Wisconsin Card Sorting Test (WCST), attempted

I interviewed and tested Dr. Nosovitch in a quiet intersecting hallway at Pulaski County Detention Center in Ullin, Illinois, on 7/18/2024. The interview with Dr. Nosovitch lasted nearly one hour. Testing lasted about 5.5 hours. Total face to face interaction lasted about 6.5 hours.

I also interviewed Dr. Nosovitch's sister, Jennifer Clancy and brother-in-law, Sean Clancy, separately via telephone on 8/27/24. Additional information came from these sources:

1.  Superseding Indictment.
2.  Interrogation video, 5-25-2023.
3.  Neuropsychological examination report by Nicole Werner, Ph.D., ABPP, 2/22/2023 (and test data).
4.  Washington University Vascular & Endovascular Neurology Outpatient Encounter (Progress Note), Brendan Thomas Eby, M.D., 4/10/2023.
5.  Washington University Occupational Therapy Comprehensive Rehabilitation Driving Evaluation, Gabrielle A. Blenden, MSOT, OTR/L, 4/26/2023.
6.  Neuropsychological examination report by Nicole Werner, Ph.D., ABPP, 4/02/2024 (and test data).

## MENTAL STATUS AND BEHAVIORAL OBSERVATIONS

Dr. Nosovitch was alert and in no acute distress during the examination. He used one-word expressions with the aid of a piece of paper containing notes and pictures on it to help him communicate. His speech was broken, filled with paraphasias, and dysarthric. In other words, it was difficult for him to string more than one or two words together in a sentence and often those words were not correct. His phrases were often filled with words that appeared related to what he was trying to say rather than the actual words he intended to say. His pronunciation of words occasionally had altered emphasis on syllables and phonemes. He was able to make his thoughts known, but it was an arduous task that required him to reference his note sheet and a great deal of patience and time from the listener (basically repeated iterations that eventually achieved success in communication). His presented mood was normal initially; at times he would reveal frustration and tearfulness when focusing on his abilities. He was clearly discouraged by his current life situation. He demonstrated good eye contact.

His gait was normal, and he stood upright normally. He demonstrated a slight loss of balance when rising from a chair. His grooming was adequate, but he needed to shave

his face as he had an unkempt look. His head was shaved. His hygiene was good. He wore a yellow jumpsuit, pink t-shirt, and orange "croc" style shoes.

He used a page with various written nouns, dates, and sketches on it. It was a sheet of notes on both sides, and he used it to help him communicate better. He had with him a text to voice machine, and he attempted to use it, but it did not improve his communication and appeared to add new levels of confusion. Thus, he did not use it during this examination.

## SOCIAL HISTORY

Dr. Nosovitch was not able to provide a comprehensive life history. He communicated that he had spent 17 years at St. Luke's Chesterfield as an anesthesiologist after completing his residency in Iowa. He indicated he had a stroke in November 2022 and was taken to Barnes Hospital where he underwent a three-hour brain surgery that included five surgeons.

His sister Jennifer provided additional background. Dr. Nosovitch was born into an intact family in Jefferson City, Missouri. He was younger than his sister Jennifer by three years. She said he was always academically strong and typically worked on the side while attending school throughout high school and college. He completed a Bachelor of Science in premedical studies at the University of Missouri and then completed the U of M medical school. He attended his anesthesiology residency at the University of Iowa and returned to the St. Louis area achieving a position in anesthesiology at St. Luke's.

Jennifer noted that his stroke occurred on November 19, 2022, and that he started living at their parents' apartment in Chesterfield during the approximate six months prior to his arrest. She said that after his stroke, they would text each other occasionally, but she had to keep the texts short and to the point. Even then, it was difficult for her to know whether he understood the texts for sure.

Dr. Nosovitch indicated that he was successful before the stroke, was physically healthy and had never smoked. He wrote out: "Edison Operation 1,2,3." "Tidal Wave Car Wash" "Business-President Mace at 100%" "Was 6.6 million now down, down, down." "3 Gas convenience"

He indicated he still has the three gas stations, but his foggy mind affects things. He apparently has Aaron Sansom as an operation manager. He indicated that an F250 and Nissan were sold, and apparently Mr. Sansom had been texting him about it. He seemed to indicate that U.S. Marshals Service either froze or took his things. He indicated that some type of communication in and out of jail was limited (It was unclear what he was trying to communicate regarding this; possibly that texting in/out of jail was about all he could do in relation to his business endeavors).

Neuropsychological Report                    Page **5** of **16**
NOSOVITCH, Mace
August 31, 2024


## DR. NOSOVITCH'S DESCRIPTION OF HIS CURRENT CONDITION

Regarding his medical condition, Dr. Nosovitch was unable to provide a clear history beyond being "100% from 2005-2022," having a stroke in November 2022, and undergoing a craniotomy with 5 clips placed past the internal carotid artery as it goes to circle of Willis. He had speech therapy five times a week from 2/2023 to 5/2023.

He indicated he was only "20%" early during his condition but now feels "70%." He still feels foggy in his mind and cannot focus well. He indicated his memory for past events was also not as clear.

He indicated through gestures, one word communication, and pointing at his notes that he had a massive stroke affecting his entire left hemisphere. He also has purple discoloration of his right arm and leg, due to blood flow issues. He indicated the right side of face is "weird." He was confused as to how both sides of his body were involved. But noted he had five surgeries (his notes indicated five surgeons) and clips placed for an aneurysm. He indicated there was a one-liter blood hematoma on the right side of head or face as an outcome of his surgery (this may reference a subsequent hemorrhage inside the brain on the right hemisphere after the initial ischemic stroke). He indicated he did not have the best outcome. He had a right frontal bleed or abnormality in brain that he described as big initially then down to medium and now smaller. He seemed to indicate this event was secondary to the surgery, but that point was not clear. He indicated this problem still causes a foggy mind, lack of clarity and weak memory. He reiterated that the right side of his body is cold and purple. The left side is fine. He also indicated the right side of his face was involved. His gestures and phrases suggested he might experience feelings of pins and needles on the right side of his face.

Using information on his note sheet, he indicated he understood he was examined by Dr. Werner in February 2023 and February 2024.

He indicated that in his estimation, his receptive language skills are currently at 50%, and his expressive abilities are 20-30%. He indicated his expressive abilities go up and down.


## PAST MEDICAL RECORDS AND EXAMINATIONS

**Washington University Vascular & Endovascular Neurology Outpatient Encounter (Progress Note), Brendan Thomas Eby, M.D., 4/10/2023.**

Neuropsychological Report                    Page **6** of **16**
NOSOVITCH, Mace
August 31, 2024

This document reveals that Dr. Nosovitch has a history of bilateral internal carotid artery dissection causing a left middle cerebral artery stroke in November 2022 and received TPA (clot-dissolving medication), thrombectomy (removal of blockage), and internal carotid artery stent reconstruction. The note also indicated he had hemorrhagic conversion (that is, secondary bleed after the initial ischemic stroke).

It was noted that substantial improvement in his speech was not seen. He continued to work with speech therapy in a day program. Communication remained difficult because of aphasia. He was described as having halting speech, usually only saying yes or no, and pointing. He communicated through holding up fingers for numbers and occasionally writing things. He was frustrated very easily. "He also circled back to asking why this happened and why he has not recovering [*sic*] as best as I can guess."

Dr. Eby reviewed the medical history of the stroke. Reportedly, the brain MRI at the time demonstrated evolving large cerebral infarct in the distribution of the left middle cerebral artery with hemorrhagic conversion at left basal ganglia, mild mass effect causing effacement of the left lateral ventricle, with 3 mm midline shift. Other imaging revealed a left uncal herniation which later resolved. Afterward, he demonstrated improvement but ongoing significant aphasia and some right-sided hemiparesis. The note included images of the brain CT and CTA.

Mental status on this date of examination revealed his speech demonstrated frequent neologisms and word-salad. He struggled with some directed commands and required repeating or rephrasing consistent with some element of receptive aphasia as well. He demonstrated moderate right facial droop. He was to receive a thorough driving assessment.

**Washington University Occupational Therapy Comprehensive Rehabilitation Driving Evaluation, Gabrielle A. Blenden, MSOT, OTR/L, 4/26/2023**

As part of this assessment Dr. Nosovitch underwent a short cognitive assessment. He was unable to complete the short Blessed Test because of his language deficits. He was not able to draw a clock face as he did not place all the numbers on the clock as instructed nor draw the clock hands. It was unclear to OT Blenden whether this was due to his inability to understand the instructions or poor memory for clock faces. He completed Trails A in 22 seconds, which was rated as intact. Trails B was completed in 107 seconds and was rated as impaired and indicative of slow processing. He passed the mazes test and the road sign recognition test. The written driving test was discontinued because of slow reading comprehension.

The driving exam revealed that he drove very safely throughout the drive while maintaining minimal conversation. He showed excellent memory for instructions, appropriate knowledge of traffic signs, made safe protected and unprotected turns, and

safe lane changes. He maintained safe speeds throughout, showing good judgment and decision making on the road. He used only his left hand for driving but had no apparent difficulty controlling the car. Initially, he had difficulty following multistep instructions, but he then successfully followed single step commands.

It was recommended that he could drive without restriction.

**Neuropsychological examination report by Nicole Werner, Ph.D., ABPP, 2/22/2023**

Dr. Nosovitch underwent neuropsychological assessment on February 19, 2023, at the request of family, related to a financial capacity referral, in particular his ability to manage his financial affairs and business Trust.

Dr. Werner indicated he demonstrated a striking pattern of severely deficient linguistic abilities with intact spatial skills. Although verbal expression was more profoundly affected, language comprehension was also deficient. He was able to point to circles and squares that were presented to him but his comprehension broke down with attempts to have him follow commands of increasing complexity. Listening comprehension was at the 2nd percentile (single word and short phrase level). His reading comprehension was at the 1st percentile. He was unable to complete a sentence repetition task, verbal fluency task, or generate more than 1-to-2-word sentences. Oral spelling was profoundly deficient. Block spelling and written spelling were below average at the sixth the seventh percentiles. He demonstrated anomia.

Divided attention and multitasking were extremely low at the 1st percentile. He was not able to complete a simulated bill paying task. He could perform mathematic tasks correctly but performed the wrong tasks because of receptive language barrier. His spatial abilities were intact, and he obtained a WAIS-IV Perceptual Reasoning Index of 94 (34th percentile).

Dr. Werner concluded that he met the diagnostic criteria for Major Vascular Neurocognitive disorder without behavioral disturbance. She opined that he was not able to manage his financial resources and essential daily needs effectively at that time due to his cognitive condition—largely severely impaired language and communication skills. Although he was able to express basic choices mainly through gestures, written words, or texting when asked a direct question, it was recommended that he seek assistance from a trusted colleague or family in relation to decisions regarding the Trust.

**Neuropsychological examination report by Nicole Werner, Ph.D., ABPP, 4/02/2024**

Dr. Werner performed an updated evaluation at the request of Dr. Nosovitch's family and attorney. This examination occurred on February 15, 2024, at the Pulasky County Detention Center.

Neuropsychological Report                     Page **8** of **16**
NOSOVITCH, Mace
August 31, 2024

During this examination he demonstrated a striking pattern of severely deficient linguistic abilities with intact spatial skills consistent with his left cerebral hemisphere stroke. He consistently followed one step commands but could not consistently follow two or three step commands. He was unable to complete a sentence repetition task or generate more than 1-to-2-word sentences. "Oral spelling remained profoundly deficient in that he typically responded with neologism errors ("oos" "heek")." Block spelling and written spelling were profoundly deficient as well. She noted that his verbal fluency, however, had improved compared to the prior examination but remained deficient.

He obtained a 50th percentile performance on a task of psychomotor processing speed and mental flexibility. He obtained a WAIS-IV Perceptual Reasoning Index of 100, a score falling at the 50th percentile (this was a possible slight improvement from the prior examination). He demonstrated intact mental processing speed. Visual learning was below average at the 7th percentile, and his ability to recognize figures after a distracted delay fell in the low average range at the 11-16th percentile range.

Dr. Werner opined that his current neuropsychological results demonstrated severe and profound deficits in language functioning due to persistent aphasia and verbal apraxia. His overall cognitive abilities remained reasonably stable compared to the prior examination, with only a slight improvement in fluency. He continued to meet diagnostic criteria for Major Vascular Neurocognitive disorder without behavioral disturbance.

She further opined regarding his prognosis:

> Notably, the scientific literature reviewing neuropsychological recovery following a stroke indicates most of the recovery occurs within approximately 6 to 8 months of a stroke. It has been over a year since Mr. Nosovitch's stroke; consequently, additional linguistic recovery will likely be limited.

She further opined that it appeared he could express basic choices mainly through gestures, speaking 1 to 2 words, or writing 1 to 2 words. She noted he may benefit from a speech augmentation device.

## **INTERROGATION VIDEO, 5/25/23**

When brought in, he repeatedly said only "Why?….Why?….Why?" He was not clearly able to understand verbal directions very well and seemed to respond to gestures better.

Once questioning was attempted, the *Miranda* waiver form was repeatedly put forth, and it appeared to be communicated to him that they could not answer any questions (i.e., talk) until it was signed. They went around and around on this in a manner that

Neuropsychological Report                         Page **9** of **16**
NOSOVITCH, Mace
August 31, 2024

suggested he was not understanding. He was clearly emotionally upset. There were questions for which he answered both Yes! Yes!, then No! No! ardently (and seemingly randomly) and in a manner that did not lend credibility to the parties understanding each other much throughout their encounter.

Eventually, he signed the form. Their interactions continued but did not seem reliably fruitful.

## COLLATERAL INTERVIEW WITH JENNIFER CLANCY

Ms. Clancy said that it was difficult to communicate with her brother, but when three or four of the family got together with him, they could better seem to understand him. She said his mother and his business manager, Aaron, were better able to communicate with him than the rest of them. When asked if she felt confident about his understanding, she said, "That was it, there were times you think he understood but then he didn't really." She noted he would nod his head a lot in response to things. In business meetings, he appeared to do pretty well. She noted that before his arrest they would send texts to each other, and it was hard to communicate. She had to keep the texts short and to the point. She said she does not think he understands the texts as much as he thinks he does or acts like he does. She agreed that through repeated approximations and patient exchanges, they could communicate.

## COLLATERAL INTERVIEW WITH SEAN CLANCY

Mr. Clancy said that he is Mace's brother-in-law and his tax attorney. Consequently, he has met with him approximately five times in the last two years to go over forms and other tax related issues. He said that unless you sit down with Mace one on one, and he has his paper notes with him, it's hard to know if he understands. It is not until you get him to write down what he is thinking that you know.

Mr. Clancy said that he had to communicate a couple of things regarding the divorce to Mace, and he told him that his house had to be sold in November. He went back three or four months later, and Mace was shocked to learn that his house had been sold. He was then angry about it, in such a way that it made Mr. Clancy think that Mace did not remember the prior conversation.

He noted that Mace did not have a good grasp of his finances even though it felt like he did grasp things in the moment. Effective communication only lasted about 45 minutes before Mace became distracted by other issues and could not stay on point. When Mace became emotional or upset, he could not appear to communicate as well. He said "you must work with him through the communication process in order to know that he understands, and he cannot do that without pen and paper." Mr. Clancy said he had to write things out, and it was even more helpful to have diagrams, which then appeared to

Neuropsychological Report                    Page **10** of **16**
NOSOVITCH, Mace
August 31, 2024

help Mace understand. Communication verbally is difficult, but it becomes better when pictures are drawn as part of the process.

## CURENT TEST RESULTS

Test result descriptive categories are provided based on the American Academy of Clinical Neuropsychology consensus conference statement on uniform labeling of performance tests.[1]

**Validity Related Issues:**  Dr. Nosovitch was administered the TOMM Trial 1 and achieved 100% correct. Due to his significant aphasic disorder, other validity testing was not viable. There did not appear to be any indications of poor task engagement. The following test results are a reasonably genuine reflection of his current cognitive abilities, to the extent that those abilities could be measured.

| Domain/Test | Standard Score* | Percentile Rank* | AACN Classification* |
|---|---|---|---|
| Attention | | | |
| WMS-IV Symbol Span | 8 T36 | 25/8.1 | Average/Below Ave |
| Processing Speed | | | |
| WAIS-IV PSI | 84 T35 | 14/6.7 | Low Ave./Below Ave. |
| Symbol Search^ | 7 T37 | 16/9.7 | Low Average |
| Cancellation^ | 7 T36 | 16/8.1 | Low Ave./Below Ave. |
| Trail A^ | T50 | 50 | Average |
| Language | | | |
| NAB Language Module | 48 | 0.03 | Exceptionally Low |
| Oral Production | T27 | 1 | Exceptionally Low |
| Auditory Comprehension | T19 | <1 | Exceptionally Low |
| Naming Test | T19 | <1 | Exceptionally Low |
| Reading Comprehension | - | 50 | Average |
| Writing | T21 | <1 | Exceptionally Low |
| Bill Payment | T21 | <1 | Exceptionally Low |
| COWA Letter Fluency | T21 | <1 | Exceptionally Low |
| Animal Naming | <T10 | <1 | Exceptionally Low |
| Thurstone Word Fluency^ | T31 | 2.9 | Below Average |
| Visuospatial | | | |
| WAIS-IV PRI | 100 T43 | 50/24.2 | Average/Low Ave. |

---

[1] Guilmette, T. J., Sweet, J. J., Hebben, N., Koltai, D., Mahone, E. M., Spiegler, B. J., Stucky, K., Westerveld, M., & Conference Participants (2020). American Academy of Clinical Neuropsychology consensus conference statement on uniform labeling of performance test. *The Clinician Neuropsychologist, 34*, 437-453. https://doi.org/10.1080/13854046.2020.1722244

Neuropsychological Report                    Page **11** of **16**
NOSOVITCH, Mace
August 31, 2024

| | | | |
|---|---|---|---|
| Bock Design | 12 T53 | 75/61.8 | High Ave./Average |
| Matrix Reasoning | 9 T39 | 37/13.6 | Average/Low Ave. |
| Visual Puzzles | 9 T45 | 37/30.9 | Average |
| Rey Complex Fig. Copy | | | |
| Learning & Memory | | | |
| NAB Shape Learning | T38 | 12 | Low Average |
| NAB Shape Learning Delay | T37 | 10 | Low Average |
| RCFT Immediate | T45 | 31 | Average |
| RCFT Delayed | T34 | 5 | Below Average |
| RCFT Recognition | T40 | 16 | Average |
| Executive Function | | | |
| RIAS-2 NIX | 93 (90% CI: 89-98) | 32 | Average |
| Odd Item Out | T50 | 50 | Average |
| What is Missing | T42 | 21 | Low Average |
| Trail Making B^ | T37 | 9.7 | Low Average |

*Age norms/Age & Education norms; ^Non-dominant hand (atypical administration for timed tests).

**Attention, Concentration, and Speed of Mental Processing:**  Based on WMS-IV Symbol Span subtest, it appeared his focused attention currently fell in the average range (SS8, 25th percentile). He achieved a WAIS-IV Processing Speed Index of 84, which fell in the low average range for his age but below average range given his educational level. Current testing revealed that Dr. Nosovitch's speed of mental processing was in the low average range overall.

**Language Functioning:** Dr. Nosovitch achieved a NAB Language Module Index score of 48, which fell in the Exceptionally low (as in severely impaired; 0.03 percentile) range for his age and education. Nearly all aspects of his language functioning fell at the exceptionally low range apart from reading comprehension (50th percentile; average range) and written word fluency (T31, 2.9th percentile; below average range). The reading comprehension was based on choosing single words that matched a picture and identification of sentences which best described pictures. Oral production and auditory comprehension were at or below the 1st percentile. He could follow single step commands consistently but had trouble with multi-step commands. He performed in the exceptionally low range during confrontational naming (<1st percentile). He had significant dysnomia (i.e., he had severe difficulty naming objects). He could complete a bill paying task (e.g., writing a check), but there were errors such that his performance fell in the exceptionally low range (T21; <1st percentile).

Overall, Dr. Nosovitch clearly demonstrated aphasia that involved difficulties in both expressive and receptive areas. Repetition was also below expectations. The clinical

Neuropsychological Report                Page **12** of **16**
NOSOVITCH, Mace
August 31, 2024

pattern is best described as a mild global aphasia, such that it includes mild impairments in receptive and conductive skills and moderate to severe impairment in expressive aspects of language. Reading was less impaired.

**Visuospatial Functioning:** Dr. Nosovitch obtained a WAIS-IV Perceptual Reasoning Index of 100 (50th percentile for age) and T43 (24th percentile for age/education). These scores were average and low average. He achieved an RCFT copy score that fell in the below average range (2-5th percentile). Overall, visuospatial performance was a strength for him.

**Memory Functioning:**  Dr. Nosovitch achieved a low average score during the NAB Shape Learning Immediate Recognition (T38, 12th percentile) and Delayed Recognition (T37; 10th percentile). A more thorough assessment of learning and memory with verbal tasks was not feasible. His delayed recall on the RCFT fell in the below average range (T34, 5th percentile). His ability to recognize discrete parts of the figure fell in the average range. Although better than language based skills, these results were below expectations for his education. They likely reflect mild impairment for him.

**Executive Functioning:**  Dr. Nosovitch was administered the nonverbal portions of the RIAS-2 to obtain an estimate of his general intellectual level. He achieved a nonverbal Intelligence Index of 93, which placed in the average range for his age (90% confidence interval: 89-98, 32nd percentile). I attempted an atypical administration of the verbal based Guess What RIAS-2 subtest by typing the questions on the laptop and having him type his responses. He achieved a T18 using this non-standardized method, a performance that fell in the exceptionally low range. The finding suggested his verbal reasoning skills communicated through typing were severely impaired as well.

He was not able to complete the WCST because he could not comprehend the instructions sufficiently to perform the task.

Overall intellectual ability remains in the average range for Dr. Nosovitch when you bypass the limits caused by communication difficulties. Nonetheless, the average range is below expectation for a man with his education.

**Language Academic Skills:** Dr. Nosovitch was administered portions of the W-J-IV. He achieved these results (table taken from the scoring program report):

Neuropsychological Report                    Page **13** of **16**
NOSOVITCH, Mace
August 31, 2024

| CLUSTER/Test | W | AE | GE | RPI | SS (95% Band) |
|---|---|---|---|---|---|
| READING | 397 | 5-7 | K.2 | 0/90 | <40 (<40-<40) |
| BROAD READING | 422 | 6-5 | 1.0 | 0/90 | <40 (<40-<40) |
| WRITTEN LANGUAGE | 474 | 7-9 | 2.4 | 3/90 | 59 (52-66) |
| BROAD WRITTEN LANGUAGE | 464 | 7-1 | 1.7 | 1/90 | 47 (<40-56) |
| WRITTEN EXPRESSION | 448 | 6-4 | K.9 | 1/90 | <40 (<40-47) |
|  |  |  |  |  |  |
| Letter-Word Identification | 355 | 4-10 | <K.0 | 0/90 | <40 (<40-<40) |
| Spelling | 495 | 9-9 | 4.3 | 9/90 | 75 (70-81) |
| Passage Comprehension | 440 | 6-5 | 1.0 | 0/90 | 41 (<40-48) |
| Writing Samples | 454 | 6-8 | 1.2 | 1/90 | 50 (<40-62) |
| Sentence Reading Fluency | 472 | 8-9 | 3.3 | 0/90 | 68 (59-78) |
| Sentence Writing Fluency | 443 | 5-7 | K.2 | 0/90 | <40 (<40-45) |

The above scores reveal that Dr. Nosovitch has a current kindergarten to first grade level reading ability. His ability for written language fell at the second-grade level. His ability to read passages and comprehend the meaning fell at the first-grade level.

## CLINICAL FORMULATION

Dr. Nosovitch experienced a significant cerebrovascular ischemic event and subsequent hemorrhage during November 2022, which involved the language and speech areas of his brain. He was left with a severe aphasic condition that affects his expressive speech more severely but also his receptive speech. Damage to the language structures of the brain also affected written language skills. Current assessment results indicated that he still meets criteria for Major Neurocognitive disorder due to Cerebrovascular disease.

I had the opportunity to review Dr. Werner's test results and perform a serial testing analysis of the 2024 results compared to my results five months later. The serial testing results were only available for WAIS-IV scores. The following table compares scores for tests we both administered to Dr. Nosovitch:

| Measure | Werner-2023 Standard Score | Werner-2024 Standard Score | Denney-2024 Standard Score | Percentile | Classification |
|---|---|---|---|---|---|
| Processing Speed |  |  |  |  |  |
| WAIS-IV PSI | - | - | 84 | 14 | Low Average |
| Sym. S. | 6 | 7 | 7 | 16 | Low Average |
| Cancellation | - | - | 7 | 16 | Low Average |
| Trail A | T54 | T50 | T50 | 50 | Average |
| Visuospatial Functioning |  |  |  |  |  |
| WAIS-IV PRI | 94 | 100 | 100 | 50 | Average |

Neuropsychological Report          Page **14** of **16**
NOSOVITCH, Mace
August 31, 2024

| | | | | | |
|---|---|---|---|---|---|
| Blk. Design | 9 | 11 | 12 | 75 | High Average |
| Mat. Reas. | 11 | 10 | 9 | 37 | Average |
| Vis. Puzzles | 7 | 9 | 9 | 37 | Average |
| Language Functioning | | | | | |
| Letter Fluency | Unable | <T10 | T21 | <1 | Except. Low |
| Sem. Fluency | - | - | <T10 | <1 | Except. Low |
| Executive Functioning | | | | | |
| Trail B | T27 | T19 | T37 | 10 | Low Average |

There was probable improvement in some areas between 2023 and 2024 and a few further gains from 2/2024 to 7/2024. It is difficult to know how much change was due to serial testing effects, but the following results for the WAIS-IV subtests indicated there were not statistically significant differences between the latter two performances.

**Serial Testing Analysis for WAIS-IV Subtests: 2/2024 compared to 7/2024.**

WAIS–IV Subtest Comparisons

| Subtest | Time 1 Actual | Time 2 Actual | Time 2 Predicted | Time 2 Actual–Predicted Difference | Critical Value | Significant Difference | Base Rate |
|---|---|---|---|---|---|---|---|
| BD | 11 | 12 | 12 | 0 | 2.73 | N | |
| MR | 10 | 9 | 10 | -1 | 2.36 | N | |
| VP | 9 | 9 | 10 | -1 | 2.41 | N | |
| SS | 7 | 7 | 8 | -1 | 3.33 | N | |

Likely, Dr. Nosovitch has reached the plateau of his improvement.

## DIAGNOSES

Major Neurocognitive disorder due to Cerebrovascular disease.

## PROGNOSIS

Dr. Werner was correct that scientific literature reveals most significant functional gains occur early in the recovery from ischemic and hemorrhagic cerebrovascular events. Now that it is nearly two years since the stroke, Dr. Nosovitch has likely received all the spontaneous improvement he will get. Further improvements in functional ability and independence can still occur with rehabilitation efforts directed toward him learning compensatory strategies for his language deficits. In my opinion, those gains will likely not be large at this point.

Neuropsychological Report                              Page **15** of **16**
NOSOVITCH, Mace
August 31, 2024

## OPINION RELATED TO HIS COMPREHENSION OF *MIRANDA* WAIVER

The current reading comprehension skills of Dr. Nosovitch are at the first-grade level, and his auditory comprehension skills are at least moderately impaired overall (severely impaired for his education level). He can understand verbal communication better than he can express himself, but it is still limited to short phrases that have no more then one or two clauses. Testing revealed he could follow one-step commands, but two-step commands became tenuous. During the interrogation, the video revealed Dr. Nosovitch to be emotionally upset. His brother-in-law noted that in his experience, Dr. Nosovitch's communication skills appear to worsen when he becomes emotionally upset. He may have been able to recognize the term *Miranda*, but there is no clear indication in the interrogation video that I could identify that he confirmed his understanding of the rights he was waiving.

I entered the Miranda waiver form into a Word document to identify the Flesch-Kincaid reading level. It came out at the 5.2 grade level. Dr. Nosovitch currently has a first-grade reading level at best, and this score is after his cognitive abilities have apparently improved slightly from 2023. His reading level may have been lower at that time. It was most certainly not higher than it is currently. This finding indicates that he would not have been able to fully comprehend what he was reading on the form (if he in fact actually read the form).

The detectives provided verbal explanations of the form by reading it to Dr. Nosovitch. I attempted to administer the W-J-III auditory comprehension subtest to him, but his expressive language deficits made it impossible for him to respond to the test items in any meaningful manner. His auditory comprehension during the NAB language module was severely impaired (<1st percentile). His inability to reliably comprehend the short phrases used in the NAB when he was calm and thoughtful suggested to me that he likely had even poorer auditory comprehension when he was upset and emotionally labile with the detectives.

The behaviors of Dr. Nosovitch during the video suggested that he was finally worn down to the point that he simply signed it to appease the detectives and try to get some information from them as to why he was there. Nothing in the video gave me clear indication, or confidence, that he understood the meaningfulness of what rights he was waiving when he signed it.

By the end of the interactions, it seemed that even the detectives appeared to have lost their own confidence regarding getting much meaningful communication (or information from him). Overall, the interaction appeared rather fruitless beyond the fact that he apparently understood his arrest revolved around him completing an ATF form at the gun range.

Neuropsychological Report                     Page **16** of **16**
NOSOVITCH, Mace
August 31, 2024

Given his emotionality and the circumstances surrounding the interaction, I think it more likely than not that he did not understand the *Miranda* form. In my view there was nothing in the interaction that clearly indicated he did understand it.

Dr. Nosovitch is an intelligent man, who likely had a previous understanding of the nature of *Miranda* warnings from television programs. Nonetheless, it would be conjecture that such past exposure provided the basis for his understanding of the form during the emotionally laden experience with the detectives.

Given the findings above, it is my professional opinion, to a reasonable degree of scientific certainty, that Dr. Nosovitch, as a result of severe mental disease or defect, did not fully comprehend the rights he was waiving when he signed the *Miranda* waiver.


Robert L. Denney, Psy.D., ABPP
Missouri Licensed Psychologist, R0316
ASPPB, PSYPACT TAP Mobility #4325
Board Certified in Clinical Neuropsychology
Board Certified in Forensic Psychology

Fellow, American Psychological Association (Div. 40, Neuropsychology)
Fellow and Past President, National Academy of Neuropsychology