UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-cr-274-JMD-JSD-1 |
| ) | |
| MACE ANTHONY NOSOVITCH, ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITATIONS**

Defendant Mace Nosovitch, by and through counsel, respectfully moves this Court for leave to file his Objections and Request for Hearing Regarding the Report and Recommendation of the Magistrate Judge in excess of the 15-page limit. In support hereof, defendant states:

1. The attached Objections and Request for Hearing run slightly more than 20 pages, excluding tables and the certificate of service.

2. The Report and Recommendations (R&R) of the Magistrate [ECF 162] is 32 pages and addresses multiple motions to suppress filed by defendant and separately briefed by the parties.

3. Defendant has strived for brevity, but to address the Report adequately requires more than 15 pages, given the number of issues involved.

WHEREFORE, defendant respectfully requests this Court grant him leave to file his Objections to the Magistrate Judge's R&R and Request for Hearing in excess of the 15-page limit.

1

Respectfully submitted,

*/s/ Adam Fein*
Adam Fein, # 52255 MO

*/s/Robert H. Dierker* 23671MO
Attorneys for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
afein@rsfjlaw.com
robertdierker@sbcglobal.net

**CERTIFICATE OF SERVICE**

    I certify that on November 3, 2025, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Catherine Hoag and Ms. Jennifer Szczucinski, assistant United States attorneys.