UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  No. 4:23CR00274 JMD-1 |
| | ) | |
| MACE ANTHONY NOSOVITCH, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF THE UNITED STATES REGARDING
GENERATIVE ARTIFICIAL INTELLIGENCE**

COMES NOW the United States of America, by and through Thomas C. Albus, United States Attorney, and Catherine M. Hoag and Jennifer L. Szczucinski, Assistant United States Attorneys, for the Eastern District of Missouri, and provides the following certification regarding generative artificial intelligence:

1.     I, the undersigned counsel, hereby certify that I have read the Artificial Intelligence requirements dated August 2025 and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western District of Missouri.

2.     I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis— will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs a filing in this case will remain responsible for its contents pursuant to the applicable rules of

attorney discipline, regardless of whether generative artificial intelligence was used in drafting any portion of the filing.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

/s/ *Catherine M. Hoag*
CATHERINE M. HOAG #67500 MO
/s/ *Jennifer Szczucinski*
JENNIFER SZCZUCINSKI, #56906MO
ASSISTANT UNITED STATES ATTORNEYS
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all Counsel of Record.

/s/ *Catherine M. Hoag*
CATHERINE M. HOAG #67500 MO
Assistant United States Attorney